**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   18-10114 |
| Plaintiff-Appellee, | D.C. No. 4:16-cr-00315-JGZ |
| v. | |
| DAVID MANUEL MENDOZA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted December 17, 2018[**]

Before:     WALLACE, SILVERMAN, and McKEOWN, Circuit Judges.

David Manuel Mendoza appeals from the district court's judgment and

challenges the 12-month sentence imposed upon revocation of supervised release.

We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Mendoza challenges the reasonableness of his 12-month sentence.  Because

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

he has fully served that sentence, however, and he is not subject to a term of supervised release, the appeal is moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999); *see also United States v. King*, 891 F.3d 868, 869-70 (9th Cir. 2018). Accordingly, we dismiss the appeal.

**DISMISSED.**